ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D-1    ASHOK BADHWAR,

D-2    GLO WRECKING CO.

        Defendant.
_____/

Case: 2:11-cr-20362
Judge: Hood, Denise Page
MJ: Whalen, R. Steven
Filed: 06-06-2011 At 11:23 AM
INFO USA v BADHWAR, ET AL (dat)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT I

(42 U.S.C. §§ 7413(c)(1) and 2 -- *Clean Air Act*)

D-1    ASHOK BEDHWAR
D-2    GLO WRECKING CO.

In or about December 2008, in the Eastern District of Michigan, Defendants ASHOK BEDHWAR, and his company, GLO WRECKING CO., the owners and operators of a demolition activity involving at least 260 linear feet of regulated asbestos-containing material on pipes or at least 160 square feet of regulated asbestos-containing material on other facility components, knowingly violated the Clean Air Act and federal asbestos regulations, as follows:

    a.    Defendants knowingly failed to adequately wet regulated asbestos-containing material and to ensure that it remained wet until collected and contained and treated in preparation for disposal, as required by 40 C.F.R. § 61.145(c)(6)(i);

b.  Defendants knowingly allowed regulated asbestos-containing material to be stripped, removed and otherwise handled and disturbed when there was not at least one on-site representative present, such as a foreman or management-level person or other authorized representative, who was trained in the provisions of the federal asbestos regulations and the means of complying with them, as required by 40 C.F.R. § 61.145(c)(8).

c.  Defendants knowingly failed to adequately wet the portion of the facility that contained regulated asbestos-containing material during the wrecking operation, as required by 40 C.F.R. § 61.145(c)(9).

All in violation of 42 U.S.C. § 7413(c)(1) and 18 U.S.C. § 2.

BARBARA L. MCQUADE
United States Attorney

s/ ROSS MACKENZIE
ROSS MACKENZIE
Chief, Complex Crime Unit

s/JENNIFER BLACKWELL
JENNIFER BLACKWELL
Assistant United States Attorney

Dated: June 6, 2011

**ORIGINAL**

| United States District Court Eastern District of Michigan | **Criminal Case** | Case:2:11-cr-20362<br>Judge: Hood, Denise Page<br>MJ: Whalen, R. Steven<br>Filed: 06-06-2011 At 11:23 AM<br>INFO USA v BADHWAR, ET AL (dat) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form

## Reassignment/Recusal Information
This matter was opened in the USAO prior to August 15, 2008  [ ]

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes     ☐X No | **AUSA's Initials:** |

**Case Title:** USA v. ASHOK BADHWAR

**County where offense occurred:** Wayne

**Check One:**    X☐ **Felony**        ☐ **Misdemeanor**        ☐ **Petty**

\_\_\_ Indictment/ ✓ Information --- **no prior complaint.**
\_\_\_ Indictment/\_\_\_Information --- based upon prior complaint [**Case number:** ]
\_\_\_ Indictment/\_\_\_Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____  **Judge** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Attorney is the attorney of record for the above captioned case.

June 6, 2011
Date

*/s/ Jennifer L. Blackwell*
JENNIFER L. BLACKWELL
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI 48226
telephone:(313) 226-9165
facsimile: (313) 226-2873
e-mail:   jennifer.blackwell3@usdoj.gov

Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09